IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES T. HOPKINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 06-718 |
| vs. ) | Judge Gary L. Lancaster/ |
| ) | Magistrate Judge Amy Reynolds Hay |
| OWNERS OF WEST COAST VIDEO; STEVE ) | |
| MOORE, Assistant Manager West Coast ) | |
| Video; STACY URBAN, Clerk West ) | |
| Coast Video; CITY OF PITTSBURGH ) | |
| POLICE OFFICERS; and THE CITY OF ) | |
| PITTSBURGH, ) | |
| ) | |
| Defendants. ) | |

## ORDER

AND NOW, this _17_ day of _MAY_, 2007, after the plaintiff, James T. Hopkins, filed an action in the above-captioned case, and after a motion to dismiss was filed by the defendant City of Pittsburgh, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the motion and the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the motion to dismiss filed by the defendant City of Pittsburgh is granted and that the federal law claims brought against it are dismissed with prejudice. IT IS FURTHER ORDERED that the federal law claims brought against the non-moving defendants are dismissed pursuant to the screening provisions of the PLRA. IT IS FURTHER ORDERED that the plaintiff's state law claims are dismissed as the Court declines to exercise supplemental jurisdiction over them.

IT IS FINALLY ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the parties desire to appeal from this Order they must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

GARY L. LANCASTER
United States District Judge

cc:   Honorable Amy Reynolds Hay
      United States Magistrate Judge

      James T. Hopkins
      GL-2311
      SCI Dallas
      1000 Follies Road
      Dallas, PA 18612

      All counsel of record by Notice of Electronic Filing